UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HAMAL JACOB STRAND, | CASE NO. C20-5706 MJP |
| Plaintiff, | ORDER GRANTING MOTION FOR VOLUNTARY DISMISSAL |
| v. | |
| AMOREA ROCHA, et al., | |
| Defendants. | |

This matter comes before the Court on Plaintiff's Motion for Voluntary Dismissal (Dkt. No. 34), to which no responses have been filed. Having reviewed the Motion and the balance of the record, the Court GRANTS the Motion pursuant to Rule 41(a)(2). The Court notes that it already dismissed the claims against Defendants Rocha, White, Parker, Paja, and Drury with prejudice. (Dkt. No. 27.) The claims against those Defendants remain DISMISSED WITH PREJUDICE. The only remaining claims in this matter are as to Defendants Gilbert, Brown, and four "John Doe" defendants. Plaintiff has not filed any proof of service on any of these individuals. The Court DISMISSES the claims against Defendants Gilbert, Brown, and the four John Doe defendants WITHOUT PREJUDICE. There are no further claims pending in this matter.

1  The clerk is ordered to provide copies of this order to Plaintiff and all counsel.

2  Dated January 26, 2021.

*[signature]*

Marsha J. Pechman
United States District Judge

3-24

ORDER GRANTING MOTION FOR VOLUNTARY DISMISSAL - 2